**UNITED STATES COURT OF APPEALS**

**FIFTH CIRCUIT**

_____

No. 98-20219
_____

ROGER K. PARSONS, Individually and as Administrator of the Estate of Esther Ann Parsons, deceased,

Plaintiff-Appellant,

versus

E.I. DU PONT DE NEMOURS AND COMPANY,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Texas
(H-92-CV-788)

December 9, 1998

Before JOLLY, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

AFFIRMED. _See_ 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.